**United States District Court**
**Violation Notice**

CVB Location Code: CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7819022 | SANGER | 625 |

7819022

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/13/18 1600 | CVC 4000 (a)(1) |

Place of Offense: 720 E SAN YSIDRO

Offense Description: Factual Basis for Charge HAZMAT ☐

EXPIRED REGISTRATION

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| MEDINA RUDOLPH RENE JR | RUDOLPH | |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| 8Y15819 | CA | 10 | FORD/F150 | WHITE |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 300 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 330 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) / Time (hh:mm) |
|---|---|
| 221 W BROADWAY SAN DIEGO, CA 92101 | TBD / TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 08/2015) Original - CVB Copy

CVB SCAN 12/21/2018 15:2

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 13th, 20 18 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/13/18 Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/21/2018 15:2